STATE OF NORTH CAROLINA v. JODIE V. AUSTIN

No. 7520SC321

(Filed 2 July 1975)

ON *certiorari* to review the trial before *Smith, Judge*. Judgment entered 20 August 1974 in Superior Court, UNION County. Heard in the Court of Appeals 18 June 1975.

*Attorney General Edmisten, by Associate Attorney Wilton E. Ragland, Jr., for the State.*

*Keith M. Stroud, for defendant appellant.*

MORRIS, VAUGHN and CLARK, Judges.

No error.

---

STATE OF NORTH CAROLINA v. PRESTON WILLIAMS

No. 754SC276

(Filed 2 July 1975)

ON *certiorari* to review defendant's trial before *Cohoon, Judge*. Judgment entered 13 August 1974 in Superior Court, ONSLOW County. Heard in the Court of Appeals 10 June 1975.

*Attorney General Edmisten by Assistant Attorney General George W. Boylan for the State.*

*Strickland and Gurganus by James R. Strickland for defendant appellant.*

BRITT, HEDRICK and MARTIN, Judges.

No error.